IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>ROBERT FRANCIS LOPEZ ACEVEDO<br><br>DEBTOR | CASE NO. 14-02177-MCF<br><br>CHAPTER 13 |

**DEBTOR'S REPLY TO *MOTION TO DISMISS*
FILED BY SCOTIABANK PUERTO RICO DOCKET #58**

**TO THE HONORABLE COURT:**

**COMES NOW, ROBERT FRANCIS LOPEZ ACEVEDO,** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. On June 22, 2015, Scotiabank Puerto de Rico ("Scotiabank") filed a *Motion to Dismiss*, docket #58, basically alleging that the debtor is in arrears in three (3) post-petition mortgage loan payments to Scotiabank.

2. The debtor met with the undersigned attorney regarding this matter and respectfully submits that he did incur in post-petition arrears with Scotiabank due to certain economic problems.

3. The debtor respectfully submits that he is up to date in his mortgage loan payments with Scotiabank. On June 16, 2015, he made three (3) $768.00 payments, for a total sum of $2,304.00, in order to cure the arrears owed to Scotiabank. Attached is evidence of the payments made by the debtor to Scotiabank.

**WHEREFORE**, debtor respectfully requests this Honorable Court Order deny the *Motion to Dismiss* filed by Scotiabank, docket #58.

Document Page 2 of 4

Page – 2 –
Debtor's Reply to Motion to Dismiss
Case no. 14-02177-MCF13

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of the same to: the Chapter 13 Trustee; Jose F. Cardona Jimenez, Esq., Counsel for Scotiabank; I also certify that a copy of this motion was sent via US Mail to Robert Francis Lope Acevedo, debtor in the above captioned case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 23rd day of June, 2015.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USBC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726
TEL 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com



| DATE | PMT. NO. |
|------|----------|

SCOTIABANK DE P.R.
60715
JUN 16 2015
RECEIPT
TELLER'S
CURRENT Suc. Hato Rey
cancelado

2,304.00 AMT.

CUSTOMER

**Scotiabank**

Transaction Record

06/16/2015                                          P: 1
ScotiaBank                              Transit : 60715
ID: 201506160000303            Teller Number: 006
PIN: N

HORIZON MORTGAGE PAYMENT                    USD
63545/600040060
HZ FHA

    Standard Payment Received         $2,205.00
    Late Fees Payment                    $99.00
    Cheque                            $2,304.00

TRANSACTION AMOUNT                       $2,304.00




