IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ROBERT FRANCIS LOPEZ ACEVEDO

CASE NO 14-02177 MCF

CHAPTER 13

**DEBTOR'S REPLY TO *MOTION TODISMISS*, DOCKET NO. 65
FILED BY SCOTIABANK DE PUERTO RICO**

TO THE HONORABLE COURT:

**COMES NOW, ROBERT FRANCIS LOPEZ ACEVEDO**, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

**1.** Scotiabank de Puerto Rico ("Scotiabank") filed a *Motion to Dismiss*, dated September 29, 2015, docket no. 65, basically stating that the debtor is in arrears in the direct post-petition mortgage loan payments to said creditor.

**2.** The debtor hereby respectfully replies to Scotiabank's motion for dismissal stating that on this same date, October 02, 2015, he filed a post-confirmation modified Plan whereby the aforementioned post-petition arrears are to be paid through the proposed modified Plan, the debtor to continue making current direct post-petition payments to Scotiabank commencing in October, 2015.

**3.** Based on the aforementioned, the debtor respectfully requests this Honorable Court deny the Scotiabank's *Motion to Dismiss*, dated September 29, 2015, docket no. 65 since upon confirmation of debtor's proposed modified Plan, said motion for dismissal become moot.

**WHEREFORE** debtors respectfully pray that Scotiabank's motion to dismiss, docket no. 65, be denied.

**I HEREBY CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send

**Page – 2-**
**Debtor's Reply to Scotiabank's MTD**
**Case no. 14-02177 MCF13**

notifications of such to the Chapter 13 Trustee; Jose F. Cardona Jimenez, Esq., *Cardona
Jimenez Law Office, PSC*, Counsel for Scotiabank PR; and also certify that I have mailed by
United States Postal Service copy of this motion to the following non-participant: debtor,
Robert Francis Lopez Acevedo, RR 1 Box 3233-3 Cidra PR 00739, in the above captioned
case.

     **RESPECTFULLY SUBMITTED**.  In San Juan, Puerto Rico, this 2nd day of October,
2015.

     /s/ *Roberto Figueroa Carrasquillo*
USDC #203614
*RFIGUEROA CARRASQUILLO  LAW OFFICE PSC*
ATTORNEY FOR DEBTORS
PO BOX 186
CAGUAS PR 00726-0816
TEL (787)744-7699FAX (787)746-5294
EMAIL: rfigueroa@rfclawpr.com