**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**ROBERT FRANCIS LOPEZ ACEVEDO**<br>aka ROBERT F LOPEZ ACEVEDO<br><br>**xxx–xx–5345**<br><br>Debtor(s) | Case No. **14–02177 MCF**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 10/8/15 |

*ORDER*

The debtor(s) is (are) granted fourteen (14) days to reply to the Chapter 13 Trustee's unfavorable recommendation filed on 10/6/15 (Docket No. 68) upon failure to reply timely, the Court may enter an order denying the debtor's proposed post–confirmation modified plan (Docket No. 66).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, October 8, 2015 .

Mildred Caban Flores
United States Bankruptcy Judge